NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ADVANCED TECHNOLOGY & MATERIALS CO., LTD., BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, AND GANG YAN DIAMOND PRODUCTS, INC.,**
*Plaintiffs-Appellants,*

AND

**BOSUN TOOLS GROUPS CO., LTD.,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant,*

AND

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Defendant-Appellee,*

AND

**WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD. AND QINGDAO SHINHAN DIAMOND INDUSTRIAL CO., LTD.,**
*Defendants.*

―――――――――――――

2013-1305

―――――――――――――

Appeal from the United States Court of International Trade in consolidated Nos. 09-CV-0511 and 06-CV-0246, Senior Judge R. Kenton Musgrave.

--------------------------------------------

**ADVANCED TECHNOLOGY & MATERIALS CO., LTD., BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, AND GANG YAN DIAMOND PRODUCTS, INC.,**
*Plaintiffs,*

**AND**

**UNITED STATES,**
*Defendant-Appellant,*

**AND**

**BOSUN TOOLS GROUPS CO., LTD.,**
*Plaintiff,*

**v.**

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Defendant-Appellee,*

**AND**

**WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD. AND QINGDAO SHINHAN DIAMOND INDUSTRIAL CO., LTD.,**
*Defendants.*

---

2013-1423

---

Appeal from the United States Court of International Trade in consolidated Nos. 09-CV-0511 and 06-CV-0246, Senior Judge R. Kenton Musgrave.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition to revise the caption to designate the United States as "defendant-appellant" in appeal No. 2013-1423.  The United States also moves without opposition to withdraw appeal no. 2013-1423.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to reform the caption in appeal No. 2013-1423 is granted.  The revised official caption for appeal No. 2013-1423 is reflected above.

(2) The motion to withdraw appeal No. 2013-1423 is granted.  The appeal is dismissed.

(3) Each side shall bear its own costs in appeal No. 2013-1423.

(4) The revised official caption for 2013-1305 is reflected above.

(5) All other pending motions are denied as moot.

4                                    ADVANCED TECHNOLOGY v. US

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25

ISSUED AS A MANDATE (As To 2013-1423 Only):
July 2, 2013